DUNN v. GEORGIA HOME INS. CO. (Circuit Court of Appeals, Fifth Circuit. January 8, 1901.) No. 990. In Error to the Circuit Court of the United States for the Eastern District of Louisiana. E. A. O'Sullivan (Bernard Mc-Closkey, on the brief), for plaintiff in error. W. W. Howe and Chas. P. Fenner (W. B. Spencer and C. P. Cocke, on the brief), for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the circuit court in this case is affirmed. The judges all concur in the affirmance; but, as they are not in accord as to the grounds of affirmance, no written opinion will be filed.

In re FAIRGRIEVE et al. (Circuit Court of Appeals, Eighth Circuit. November 26, 1900.) No. 20. Harvey D. Goulder, for petitioners. C. E. Kremer, for respondent. Petition for mandamus denied, and petition dismissed, at the costs of petitioners.

HAMPTON v. MAYS et al. (Circuit Court of Appeals, Eighth Circuit. November 30, 1900.) No. 1,405. Appeal from the United States Court of Appeals in the Indian Territory. R. T. Jones, J. T. Blanton, and Albert Rennie, for appellant. Dismissed, with costs, for want of prosecution.

HARMON et al. v. MATTHEWS. (Circuit Court of Appeals, Seventh Circuit. December 1, 1900.) No. 751. Appeal from the Circuit Court of the United States for the Southern District of Illinois. W. F. Bundy and Frank Noleman, for appellee. Docketed and dismissed under the provisions of subdivision 5, rule 14, and subdivision 1, rule 16.

In re HUNTER et al. (Circuit Court of Appeals, Second Circuit. December 21, 1900.) No. 24. Appeal from the District Court of the United States for the District of Connecticut. George F. Carroll, for appellant. A. M. Marsh and Edwin F. Hall, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decision of district court affirmed.

IRWIN v. SOUTHERN RY. CO. (Circuit Court of Appeals, Sixth Circuit. January 19, 1901.) No. 925. In Error to the Circuit Court of the United States for the Eastern District of Tennessee. Templeton & Carlock, for plaintiff in error. Jourolmon, Welcker & Hudson, for defendant in error. Dismissed on plaintiff in error's motion.

KUMLER v. HALE. (Circuit Court of Appeals, Sixth Circuit. November 12, 1900.) No. 833. In Error to the Circuit Court of the United States for the Northern District of Ohio. Hurd, Brumback & Thatcher, for plaintiff in error. Smith & Baker, for defendant in error. No opinion. Affirmed.

LAZARUS v. McDONALD et al. (Circuit Court of Appeals, Eighth Circuit. January 7, 1901.) No. 1,348. Appeal from the Circuit Court of the United States for the Western District of Missouri. Ben J. Woodson, Frank Hagerman, O. M. Spencer, and Willard P. Hall, for appellant. Vinton Pike, Ste-